**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **Cr. No. 07-** |
| **v.** : | |
| : | **Violation:** |
| : | |
| **BAHRAM SHAHRIARI** : | **18 U.S.C. § § 371, 2** |
| : | **(Conspiracy, aiding and abetting,** |
| : | **causing an act to be done)** |
| **Defendant.** : | |
| : | |
| : | |

**INFORMATION**

The United States Attorney informs the Court that:

Introduction

1.      The defendant, BAHRAM SHAHRIARI, was the owner of the Applied Power Group ("APG"), which did business at 2000 Woodford Road, Vienna, VA.  APG was in the business of providing heating, ventilating and air conditioning ("HVAC") equipment and technical support.

2.      BAHRAM SHAHRIARI and APG periodically performed HVAC work for PM Services, a Federal contractor that managed government buildings in Washington, D.C. on behalf of the General Services Administration ("GSA").

3.      C.W. was employed by PM Services as an engineer at the Federal Cohen and Switzer Buildings operated by the GSA, which are located in Washington, D.C.  C.W. was SHAHRIARI'S point of contact at PM Services for all business matters, including bidding for jobs APG would perform as a subcontractor on behalf of PM Services.

The Conspiracy

4.      From between in or about June, 2001, until in or about July, 2003, in the District of Columbia

and elsewhere, defendant SHAHRIARI, C.W., and others known and unknown to the United States

(hereinafter sometimes referred to as "co-schemers") did unlawfully and knowingly combine,

conspire, confederate and agree together and with each other to commit an offense against the United

States, that is, devise, participate in and execute a scheme and artifice to defraud PM Services, to

obtain PM Services money, funds and property through false material pretenses, representations and

promises and to deprive PM Services of its intangible right to C.W.'s honest services as a PM

Services employee, and in the execution of such scheme, to knowingly cause to be delivered by the

United States Postal Service and by private and commercial interstate carrier matters and things in

violation of Title 18, United States Code, Section 1341 (mail fraud).

The Purpose of the Conspiracy

5.      A purpose of the conspiracy was for defendant BAHRAM SHAHRIARI and co-conspirators,

to fraudulently obtain moneys, funds and property from PM Services for their own use and benefit

and to further the scheme by various means, including omissions of material fact, false material

pretenses, representations and promises.

Manner and Means of the Conspiracy

6.      In order to achieve the purpose of the conspiracy, the co-schemers used the following manner

and means, among others:

        a.      On or about February of 2002, C.W. opened a business checking account in the name

of a company called T-N-T Heating and Air Conditioning ("T-N-T"), to further his scheme. C.W.

regularly withdrew funds from T-N-T's business checking account for his personal use and to promote this scheme.

b.      From time to time, either SHAHRIARI or C.W. would prepare job quotations for APG.  The quotations purported to specify the cost of labor and materials to complete various HVAC-related projects at the Cohen and Switzer buildings.  C.W. tendered these job quotations to PM Services on behalf of APG.  These job quotations were false, as SHAHRIARI and C.W. then well knew, because the prices listed in them had been inflated to secretly include a kickback amount that would be paid by SHAHRIARI to C.W. after PM Services paid for the completed job.

c.      SHAHRIARI and C.W. caused to be prepared and submitted to PM Services false APG invoices containing inflated prices to match the false quotations.

d.      C.W. caused PM Services to issue purchase orders for labor and materials to APG also containing the inflated prices.  C.W. caused FedEx, a commercial interstate carrier, to be used to send the invoices and purchase orders from PM Services office in Washington, D.C. to PM Services headquarters in Florida.

e.      After SHAHRIARI received payments from PM Services based on the falsely inflated quotations, invoices and purchase orders, he made secret kickback payments to C.W. for a portion or the entire kickback amount, generally via checks made payable to C.W. or T-N-T which would thereafter be deposited into the T-N-T Heating and Air Conditioning account for the benefit of C.W. and others.

Overt Acts

7.      Within the District of Columbia and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the purposes thereof, defendant SHAHRIARI, C.W., and others

3

known and unknown to the United States, committed the following overt acts, among others:

a.    On or about June 12, 2002, C.W. drafted a job quotation on behalf of APG wherein APG purported to offer to provide labor and materials to insulate various pipes and equipment at the Cohen and Switzer buildings.  The quotation purported to complete this project for a total price of $11,368.00.  This quotation had been falsely inflated, as C.W. and SHAHRIARI then well knew.

b.    On or about June 18, 2002, C.W. caused PM Services to issue purchase order number 1429 to APG.  In the purchase order, PM Services agreed to pay APG $11,368.00 to insulate the pipes and equipment referenced in the June 12, 2002, quotation.  This purchase order had been falsely inflated as as C.W. and SHAHRIARI then well knew.  C.W. thereafter caused a copy or copies of the purchase order to be sent via Federal Express from PM Services office in Washington, D.C. to PM Services headquarters in Florida.

c.    Between on or about June 18, 2002, and on or about August 26, 2002, although the exact date is unknown to the United States, APG caused the work specified in purchase order number 1429 to be performed.

d.    On or about August 26, 2002, PM Services paid APG $11,368.00 based on purchase order number 1429.  This payment was made by check, and was delivered to APG via the United States Postal Service.

e.    On or about September 5, 2002, SHAHRIARI wrote check number 0451 on APG's SunTrust Bank Account payable to T-N-T in the amount of $5332.50 and provided said check to C.W. as a kickback payment.  SHAHRIARI kept for himself $1777.50 of the inflated payment that he had received from PM Services for completing purchase order number 1429.

**(Conspiracy, Aiding and Abetting, Causing an Act to be Done,
in violation of 18 U.S.C. §§ 371 and 2.)**


JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____
John D. Griffith
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20001
(202) 353-2453