U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **FILED** |
| v. | : | JUL 1 2 2007 |
| | : Case No. 07-137 (CKK) | |
| BAHRAM SHAHRIARI, | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S DISTRICT COURT |
| DEFENDANT. | : | |

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __12TH__ day of __JULY, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __JULY 17, 2007__ by __SPECIAL AGENTS GORDON CUMMINGS/DANIEL DAMRON__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FEDERAL BUREAU OF INVESTIGATION, WASHINGTON FIELD OFFICE__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SPECIAL AGENTS CUMMINGS/DAMRON__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge ~~XXXXXMagistrateXX~~ COLLEEN KOLLAR-KOTELLY

DOJ USA-16-1-80

DEFENSE COUNSEL