NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number 07CR137(CKK)

BAHRAM SHAHRIARI
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

/s/ Jeffrey Carll Coffman
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jeffrey Carll Coffman, DC Bar #493826
(Attorney & Bar ID Number)

Trout Cacheris PLLC
(Firm Name)

1350 Connecticut Ave., NW, Suite 300
(Street Address)

Washington, DC 20036
(City)        (State)        (Zip)

(202)464-3300
(Telephone Number)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2007, I served a copy of the foregoing Notice of Appearance of Jeffrey Carll Coffman by ECF.

/s/ Jeffrey Carll Coffman_____