UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07CR137(CKK) |
| | : | |
| BAHRAM SHAHRIARI | : | |
| | : | |
| Defendant. | : | |

UNOPPOSED MOTION OF
BAHRAM SHAHRIARI TO PERMIT TRAVEL

Bahram Shahriari, through counsel, respectfully seeks from the Court permission to travel with his family to Wintergreen, Virginia from February 15, 2008 through February 18, 2008. A memorandum of points and authorities and proposed order are attached for the Court's consideration. The government does not oppose this request.

Respectfully Submitted,

  /s/ Robert P. Trout
Robert P. Trout (D.C. Bar #215400)
Jeffrey Carll Coffman (D.C. Bar #493826)
Trout Cacheris, PLLC
Suite 300
1350 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 464-3300

Counsel for Bahram Shahriari

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2008, I served copies of the foregoing Unopposed Motion of Bahram Shahriari to Permit Travel, accompanying Memorandum of Points and Authorities, and Proposed Order by ECF.

    /s/ Jeffrey Carll Coffman_____
    Jeffrey Carll Coffman

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Cr. No. 07CR137(CKK) |
| | : | |
| | : | |
| **BAHRAM SHAHRIARI** | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

MEMORANDUM IN
SUPPORT OF UNOPPOSED MOTION
OF BAHRAM SHAHRIARI TO PERMIT TRAVEL

On July 12, 2007, Mr. Shahriari pleaded guilty to a one count Information charging him with conspiracy and aiding and abetting, in violation of 18 U.S.C. §§ 371 and 2. The Court released Mr. Shahriari on his personal recognizance, with the condition that Mr. Shahriari stay within the Washington D.C. Metropolitan Area, notify Pretrial Services one day in advance of any local vacations, and notify counsel of any plans to travel outside the local area, because Mr. Shahriari would need the Court's approval to do so.

On September 27, 2007 and January 4, 2008, the Court held status hearings, found Mr. Shahriari to be in compliance with the terms of his release, and continued Mr. Shahriari's personal recognizance bond. The Court has scheduled another status hearing for March 28, 2008.

Mr. Shahriari respectfully seeks permission from the Court to travel with his family to Wintergreen, Virginia on February 15, 2008, and to return home on February 18, 2008. Wintergreen is a ski resort located approximately 150 miles from Washington D.C.

Mr. Shahriari has at all times remained in full compliance with the terms of his release, and his Pretrial Services Case Manager, Vaughn Wilson, has advised undersigned counsel that Pretrial Services does not oppose Mr. Shahriari's travel request. Mr. Shahriari has not previously requested permission to travel from the Court.

Assistant United States Attorney John Griffith has authorized undersigned counsel to represent to the Court that the United States does not oppose this motion.

WHEREFORE, Bahram Shahriari respectfully asks the Court for permission to travel to Wintergreen, Virginia to vacation with his family from February 15, 2008 through February 18, 2008. Mr. Shahriari does not request a hearing on this matter unless the Court deems it appropriate.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Cr. No. 07CR137(CKK) |
| : | |
| **BAHRAM SHAHRIARI** : | |
| : | |
| **Defendant.** : | |

## ORDER

**UPON CONSIDERATION** of the Unopposed Motion of Bahram Shahriari to Permit Travel, it is this _____ day of _____, 2008 hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Bahram Shahriari is permitted to travel to Wintergreen, Virginia from February 15 through February 18, 2008.

All other conditions of release shall remain unchanged and in full force and effect.

_____
Judge Colleen Kollar-Kotelly