UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 07CR137(CKK) |
| : | |
| BAHRAM SHAHRIARI : | |
| : | |
| Defendant. : | |

**FILED**

JAN - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

UPON CONSIDERATION of the Unopposed Motion of Bahram Shahriari to Permit Travel, it is this 9th day of Ja., 2008 hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Bahram Shahriari is permitted to travel to Wintergreen, Virginia from February 15 through February 18, 2008.

All other conditions of release shall remain unchanged and in full force and effect.

_____
Judge Colleen Kollar-Kotelly