UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07CR137(CKK) |
| | : | |
| BAHRAM SHAHRIARI | : | |
| | : | |
| Defendant. | : | |

UNOPPOSED MOTION OF
BAHRAM SHAHRIARI TO PERMIT TRAVEL

Bahram Shahriari, through counsel, respectfully seeks from the Court permission to travel with his family to the Delaware/Maryland shore from May 23 to May 27, 2008 for the Memorial Day holiday. A memorandum of points and authorities and proposed order are attached for the Court's consideration. The government and Pre-Trial Services do not oppose this request.

Respectfully Submitted,

 /s/ Robert P. Trout
Robert P. Trout (D.C. Bar #215400)
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C. 20036
Phone:  (202) 464-3300
Fax:  (202) 464-3319

Counsel for Bahram Shahriari

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2008, I served copies of the foregoing Unopposed Motion of Bahram Shahriari to Permit Travel, accompanying Memorandum of Points and Authorities, and Proposed Order by ECF.

　　　　　　　　　　　　　　　　　　__/s/ Robert P. Trout_____
　　　　　　　　　　　　　　　　　　Robert P. Trout

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 07CR137(CKK) |
| | : | |
| **BAHRAM SHAHRIARI** | : | |
| | : | |
| Defendant. | : | |

MEMORANDUM IN
SUPPORT OF UNOPPOSED MOTION
OF BAHRAM SHAHRIARI TO PERMIT TRAVEL

On July 12, 2007, Mr. Shahriari pleaded guilty to a one count Information charging him with conspiracy and aiding and abetting, in violation of 18 U.S.C. §§ 371 and 2. The Court released Mr. Shahriari on his personal recognizance, with the condition that Mr. Shahriari stay within the Washington D.C. Metropolitan Area, notify Pretrial Services one day in advance of any local vacations, and notify counsel of any plans to travel outside the local area, because Mr. Shahriari would need the Court's approval to do so.

On September 27, 2007, January 4, 2008 and March 28, 2008, the Court held status hearings, found Mr. Shahriari to be in compliance with the terms of his release, and continued Mr. Shahriari's personal recognizance bond. The Court has scheduled a sentencing hearing for July 10, 2008.

Mr. Shahriari respectfully seeks permission from the Court to travel with his family to the Delaware/Maryland shore on May 23, 2008, and to return home by May 27, 2008.

Mr. Shahriari has at all times remained in full compliance with the terms of his release, and his Pretrial Services Case Manager has advised undersigned counsel that Pretrial Services does not

oppose Mr. Shahriari's travel request. Mr. Shahriari has on one prior occasion requested permission to travel from the Court. Assistant United States Attorney John Griffith has advised that the United States does not oppose this motion.

    WHEREFORE, Bahram Shahriari respectfully asks the Court for permission to travel to the Delaware/Maryland shore from May 23 to May 27, 2008 for the Memorial Day holiday.

    Respectfully Submitted,

    _/s/ Robert P. Trout_____
    Robert P. Trout (D.C. Bar #215400)
    Trout Cacheris, PLLC
    1350 Connecticut Avenue, N.W.
    Suite 300
    Washington, D.C. 20036
    Phone: (202) 464-3300
    Fax: (202) 464-3319

    Counsel for Bahram Shahriari

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Cr. No. 07CR137(CKK) |
| : | |
| **BAHRAM SHAHRIARI** : | |
| : | |
| **Defendant.** : | |

## ORDER

**UPON CONSIDERATION** of the Unopposed Motion of Bahram Shahriari to Permit Travel, it is this _____ day of _____, 2008 hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Bahram Shahriari is permitted to travel to the Delaware/Maryland shore from May 23 to May 27, 2008 for the Memorial Day holiday.

All other conditions of release shall remain unchanged and in full force and effect.

_____
Judge Colleen Kollar-Kotelly