UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
      Plaintiff :
:
vs. :   CRIMINAL NO. 07-137
:   Judge Colleen Kollar-Kotelly
:
BAHRAM SHAHRIARI :
:
      Defendant :

**FILED**
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

The probation office shall file its Presentence Report by no later than <u>JUNE 6, 2008.</u>

The Government shall file its Memorandum in Aid of Sentencing by no later than <u>JUNE 13, 2008</u>, it is further;

The Defendant shall file its Memorandum in Aid of Sentencing by no later than <u>JUNE 20, 2008</u>, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on <u>JULY 10, 2008 9:00 A.M.</u>

IT IS SO ORDERED,

Date: March 28, 2008

                                    Colleen Kollar-Kotelly
                                    United States District Judge

cc:   Chambers                             Pretrial
     Files                                   John Griffith, AUSA
     Probation                          Robert Trout, Esquire