UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07CR137(CKK) |
| | : | |
| BAHRAM SHAHRIARI | : | **FILED** |
| | : | MAR 2 8 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

### ORDER

UPON CONSIDERATION of the Unopposed Motion of Bahram Shahriari to Permit Travel, it is this 28th day of March, 2008 hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Bahram Shahriari is permitted to travel to the Delaware/Maryland shore from May 23 to May 27, 2008 for the Memorial Day holiday.

All other conditions of release shall remain unchanged and in full force and effect.

_____
Judge Colleen Kollar-Kotelly