UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Cr. No. 07-137 (CKK) |
| v. | : | |
| | : | |
| | : | |
| BAHRAM SHAHRIARI | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

GOVERNMENT'S UNOPPOSED MOTION
TO VACATE SCHEDULING DATES

Plaintiff, United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following unopposed motion to vacate the current scheduling dates in the above-captioned matter with the exception of the current sentencing date of Friday, July 10, 2008 at 9:00 a.m.  In support of this request, the government states as follows:

   1. On March 28, 2008, the Court issued a scheduling order in the above-captioned case. This order provided the following scheduling dates: filing of final presentence report- June 6, 2008; government's memorandum in aid of sentencing- June 13, 2008; defendant's memorandum in aid of sentencing- June 20, 2008; and sentencing- July 10, 2008 at 9:00 a.m.

   2. The draft presentence report has been disclosed to the parties, but the final presentence report has not yet been filed.  Sufficient time exists between now and the scheduled July 10 sentencing date to permit an extension of time for filing of the final presentence report and

sentencing memoranda.

    3.  The government respectfully requests that the Court issue the accompanying Order providing for the following revised scheduling dates: filing of final presentence report- June 25, 2008; government's memorandum in aid of sentencing- June 26, 2008;  defendant's memorandum in aid of sentencing- July 3, 2008; and sentencing- July 10, 2008 at 9:00 a.m.  Counsel for the defense and the United States Probation Officer concur with this request.

    WHEREFORE, the government respectfully requests that the current scheduling dates in the above-captioned matter other than the sentencing date be vacated and that new scheduling dates be ordered as provided in the accompanying proposed order.

Respectfully submitted,

JEFFREY A. TAYLOR  
United States Attorney  
 District of Columbia

By:    _____/s/_____  
JOHN GRIFFITH  
Assistant U.S. Attorney  
555 4th Street, N.W.  
Washington, D.C.  20530  
(202) 353-2453  
(202) 307-2304 (fax)  
john.griffith3@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Cr. No. 07-137 (CKK) |
| v. : | |
| BAHRAM SHAHRIARI : | |
| Defendant. : | |

**ORDER**

Upon consideration of the government's unopposed motion to vacate scheduling dates, and the entire record herein, it is hereby,

**ORDERED** that the government's unopposed motion to vacate scheduling dates is

**GRANTED**; and it is

**FURTHER ORDERED** that:

1. The Probation Office shall file its presentence report by June 25, 2008;

2. The government shall file its memorandum in aid of sentencing by June 26, 2008;

3. The defendant shall file his memorandum in aid of sentencing by July 3, 2008; and

4. Sentencing remains scheduled for Friday, July 10, 2008 at 9:00 a.m., in Ct. Rm. 28A.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE