UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Cr. No. 07-137 (CKK) |
| v. : | **FILED** |
| BAHRAM SHAHRIARI : | JUN 1 8 2008 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

Upon consideration of the government's unopposed motion to vacate scheduling dates, and the entire record herein, it is hereby,

**ORDERED** that the government's unopposed motion to vacate scheduling dates is **GRANTED**; and it is

**FURTHER ORDERED** that:

1. The Probation Office shall file its presentence report by June 25, 2008;

2. The government shall file its memorandum in aid of sentencing by June 26, 2008;

3. The defendant shall file his memorandum in aid of sentencing by July 3, 2008; and

4. Sentencing remains scheduled for Friday, July 10, 2008 at 9:00 a.m., in Ct. Rm. 28A.

**SO ORDERED.** No further extensions or Court will be unable to prepare for sentencing on date presently scheduled.

June 18, 2008

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE